# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CPC PROPERTIES, INC.,                    :
        Plaintiff,                    :     CIVIL ACTION
                                :
    v.                    :
                                :
DOMINIC, INC.,                    :     No. 12-4405
        Defendant.                    :

## ORDER

**AND NOW**, this **25**th day of **February**, **2013**, upon consideration of Plaintiff's Motion and Petition for an Award of Reimbursement of Plaintiff's Attorneys Fees, Expenses and Costs, Defendant's response thereto, and for the reasons stated in the Court's Memorandum dated February 25, 2013, it is hereby **ORDERED** that:

1.     The motion (Document No. 14) is **GRANTED**.

2.     Plaintiff is awarded $12,470 in fees and $889.25 in costs.

BY THE COURT:

_____
**Berle M. Schiller, J.**