IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CPC PROPERTIES, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOMINIC, INC., | : | No. 12-4405 |
|     Defendant. | : | |

## JUDGMENT AND ORDER

**AND NOW**, this **20th** day of **August**, **2013**, upon consideration of Plaintiff's Motion for Judgment on the Pleadings, Defendant's response thereto, and for the reasons stated in the Court's Memorandum dated August 21, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 18) is **GRANTED** in part and **DENIED** in part, as follows:

    a. **GRANTED** as to Counts I, II, III, IV, and VI.

    b. **DENIED** as to Count V.

2. Judgment is entered in favor of Plaintiff and against Defendant as to Counts I, II, III, IV, and VI.

3. Judgment is entered in favor of Defendant and against Plaintiff as to Count V.

4. Plaintiff is directed to provide a detailed accounting of any damages alleged by **September 4, 2013**.

5. Defendant shall respond to Plaintiff's accounting by **September 18, 2013**.

BY THE COURT:

_____
**Berle M. Schiller, J.**