IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CPC PROPERTIES, INC.,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **DOMINIC, INC.,** | : | No. 12-4405 |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **9th** day of **October**, **2013**, upon consideration of Plaintiff's Application for Damages and Other Relief and Motion for Attorneys' Fees and Defendant's response thereto, and for the reasons stated in the Court's Memorandum dated October 9, 2013, it is hereby **ORDERED** that Plaintiff's application and motion (Document No. 26) is **DENIED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**